d+f

**FILED**
U.S. [DISTRICT COURT E.D.N.Y.]
★ MAY   2012 ★
BROOKLYN OFFICE

Kesner Rosemond
MVCC 46853053
555 Geo drive
Philipsburg, PA 16866

Court Reporter of
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
U.S. COURT HOUSE
225 Cadman Plaza
Brooklyn, NY 11201

RE: U.S. V. Kesner Rosemond NO: 10 Cr. 626 (S-1)(CBA)

I Kesner Rosemond defendent of the above case request that the Court Reporter of the EASTERN DISTRICT OF NEW YORK should send me my accurate and current Transcripts for the sentencing minutes, and also my Plea minutes.

4-18-2012
Date

Respectfully Submitted

Kesner Rosemond
Defendent