FILED Rec'd 5/1/12
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 27 2012 ★
BROOKLYN OFFICE

Kesner Rosemond
MVCC 46853053
555 Geo drive
Philipsburg, PA 16866

Court Clerk of
US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
US COURT HOUSE
225 Cadman Plaza
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 7 - 2012
BROOKLYN OFFICE

RE: U.S. v. Kesner Rosemond NO: 10 cr. 626 (S-1) (CBA)

I Kesner Rosemond defendent of the above case request that the Court Clerk of the EASTERN DISTRICT OF NEW YORK should send me my accurate and current INDICTMENT. And could you please signe, date, and stamp the INDICTMENT.

4-25-2012
Date

Respectfully Submitted

cc: Mychele Gapinski

Mr. Kesner Rosemond c/m
Defendent

5/4/12

The Clerk of the Court is directed to provide a copy of the indictment to the defendant. So Ordered
s/CBA

[42]